Komanapalli Massey LLP
MARK A. MASSEY, ESQ., SBN 180804
Email: mark-massey@sbcglobal.net
JOYCE A. KOMANAPALLI, ESQ., SBN 231436
Email: j.komanapalli@gmail.com
225 South Lake Avenue, Suite 300
Pasadena, CA 91101
Phone: (888) 990-9894; Fax: (626) 421-6729

JS - 6

Attorneys for Plaintiffs, Monique Lynch, A.L., R.D., & K.G.

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MONIQUE LYNCH, an individual; A.L., a minor; R.D., a minor; and K.G., a minor; by and through their Guardian ad Litem, Cynthia Harrison,

   **Plaintiffs,**
   vs.

COUNTY OF LOS ANGELES, an Agency of the State of California,
LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES (DCFS), an agency of the County of Los Angeles;
AND THE FOLLOWING EMPLOYEES OF THE LOS ANGELES COUNTY DCFS:
1) MONIQUE COMMINEY, in her professional and individual capacities,
2) JACKIE PAYNE, in her professional and individual capacities,
3) ERICA POLLARD, in her professional and individual capacities,
4) ALISHA GUZMAN MEZA, in her professional and individual capacities, and
DOES 1-100, INCLUSIVE,

   **Defendants**

2:10-cv-01441-MWF-FFMx

ORDER APPROVING COMPROMISE OF MINORS' CLAIM

Honorable Michael W Fitzgerald
Courtroom No. 1600

[PROPOSED] ORDER                    Page 1 of 2

1
2     The Petition for Order Approving Compromise of Minor's Claim, is hereby
3 GRANTED.
4
5
   IT IS SO ORDERED.
6
   Dated: May 30, 2012
7                                           _____
                                            HONORABLE MICHAEL W. FITZGERALD
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
   [PROPOSED] ORDER
27
   APPROVING MINORS'
28 COMPROMISE                    Page 2 of  2