1

2

3

4                        UNITED STATES DISTRICT COURT

5                        CENTRAL DISTRICT OF CALIFORNIA

6

7   MONIQUE LYNCH, an individual;   )   Case No.: CV 10-01441 MWF FFM
    A.L., a minor; R.D., a minor; and K.G.,   )
8   a minor; by and through her Guardian   )   ORDER OF DISMISSAL [69]
    ad Litem, Cynthia Harrison,   )
9                                    )
                                     )
10              Plaintiffs,          )
                                     )
11         vs.                       )
                                     )
12   COUNTY OF LOS ANGELES, an       )
     Agency of the State of California, LOA   )
13   ANGELES COUNTY DEPARTMENT   )
     OF CHILDREN AND FAMILY         )
14   SERVICES (DCFS), an agency of the   )
     County of Los Angeles; and the   )
15   following employees of the LOS   )
     ANGELES COUNTY DCFS:  1)        )
16   MONIQUE COMMINEY, in her        )
     professional and individual capacities;   )
17                                   )
     2)  JACKIE PAYNE, in her        )
18   professional and individual capacities,   )
     3)  JESSICA LEUNG, in her       )
19   professional and individual capacities,   )
     4)  ERICA POLLARD, in her       )
20   professional and individual capacities,   )
     5) ALISHA GUZMAN MESA, in her   )
21   professional and individual capacities,   )
     and DOES 1-10, INCLUSIVE,       )
22                                   )
                                     )
23                                   )
              Defendants             )
24   _____ )

25

Pursuant to the Stipulation of the parties, this action is hereby dismissed, with prejudice, with each party to bear their own costs and fees.

IT IS SO ORDERED.

DATED: June 22, 2012

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE